IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

VENTURE EXPRESS, INC. )
) No. 3-10-0576
v. )
)
VOLVO GROUP NORTH AMERICA, )
INC. )

O R D E R

On August 24, 2010, the parties filed an agreed order of dismissal (Docket Entry No. 9).[1]

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the parties' agreed order of dismissal.[2]

There will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] On August 10, 2010, counsel for the defendant called the office of the Magistrate Judge to advise that the parties were "close to a settlement" and that he expected that a final settlement would be reached within "a week or so."

[2] By order entered July 20, 2010 (Docket Entry No. 8), the pretrial conference and trial were scheduled on September 23, 2011, and October 4, 2011, respectively.